In the Matter of the Estate Tax upon the Estate of ARCHIBALD R. GARDNER, Deceased. POWELL CRICHTON, as Executor, etc., of ARCHIBALD R. GARDNER, Deceased, and Another, Respondents; EUGENIE R. GARDNER, Individually and as Administratrix C. T. A. of ARCHIBALD R. GARDNER, Deceased, and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of HAMMEL STATION ESTATES, INC., Appellant, for a Declaratory Judgment against THE LONG ISLAND RAIL ROAD COMPANY, Separately and the Successor in Interest to THE NEW YORK AND ROCKAWAY BEACH RAILWAY COMPANY, WILLIAM G. FULLEN, Chairman, REUBEN L. HASKELL and M. MALDWIN FERTIG, Transit Commissioners, Constituting The Transit Commission of the State of New York, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Petition of QUEENS COUNTY BAR ASSOCIATION with Respect of IRVING M. LEVINE, an Attorney, Respondent.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.